FILED
4:32 pm, 4/8/21
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING
Mark L. Carman, United States District Judge
0:20-cr-173-MLC

| | |
|---|---|
| Jessica Jarvis, Deputy Clerk | April 7-8, 2021 |
| For the Record | Mammoth Hot Springs, WY |
| Brent Rhodes, Law Clerk | |
| | |
| United States of America, | Stephanie Hambrick |
| Plaintiff | |
| | |
| vs | |
| | |
| Theodore E. Garland | Alexander Freeburg |
| Defendant | |

## 4/7/2021 Bench Trial Day 1

| | |
|---|---|
| 9:07am | All parties listed above present in open court. Court in session |
| 9:10am | Defendant advised of rights, charges and possible penalties |
| 9:16am | Government opening statements through Stephanie Hambrick |
| 9:19am | Defense opening statements through Alexander Freeburg |
| 9:25am | Government's first witness, Michael Johnson (Zoom), sworn |
| 9:34am | Government moved to admit Exhibit 51, admitted |
| 9:41am | Government Exhibit's 301, 302 and 307 admitted |
| 9:45am | Government Exhibit 301 admitted |
| 9:49am | Government Exhibit 302 not admitted at this time |
| 9:50am | Government Exhibit 307 admitted |
| 9:58am | Government Exhibit's 112 and 113 admitted |
| 10:03am | Government Exhibit's 112 and 113 admitted |
| 10:11am | Government Exhibit 107 admitted |
| 10:14am | Government Exhibit 31 admitted |
| 10:17am | Government rests, Defense cross examination of Michael Johnson |
| 10:32am | Defense Exhibit A admitted |
| 10:40am | Defense rest, Government redirect |
| 10:49am | Government rests, Michael Johnson excused |
| 10:51am | Court in recess |
| 11:02am | Court in session. Government moved to admit Exhibit 302, over ruled objection |
| 11:05am | Government calls Park Ranger Clint Powell (in person) as witness, sworn |

| Time | Event |
|---|---|
| 11:10am | Government Exhibits 52-57 admitted except 52 (map) is objected.  Exhibits 53-57 admitted.  Defense heard about Exhibit 52 objection. |
| 11:18am | Government Exhibit 52 admitted. |
| 11:28am | Government rests, Defense cross examination of Ranger Powell. |
| 11:37am | Defense moved to dismiss count 1, motion taken under advisement |
| 11:50am | Defense rest, Government redirect |
| 11:58am | Government rests, Ranger Powell excused. |
| 11:59am | Defense Exhibit B, admitted |
| 12:00pm | Court in recess |
| 1:32pm | Court in session |
| 1:36pm | Government called Devon Beeny as witness, sworn |
| 1:41pm | Government Exhibit 1 admitted |
| 1:43pm | Government Exhibit 2 admitted |
| 1:49pm | Government Exhibit 3 admitted |
| 1:52pm | Government Exhibit 4 admitted |
| 1:55pm | Government Exhibit 310 admitted |
| 1:57pm | Government Exhibit 5 admitted |
| 1:59pm | Government Exhibit 6 admitted |
| 2:00pm | Witness Devon Beeny identified Theodore Garland in Courtroom |
| 2:01pm | Government Exhibit 7, 8, 9 admitted |
| 2:12pm | Government Exhibit 10 admitted |
| 2:16pm | Government Exhibit 58 admitted.  Government Exhibits 304, 305 & 306 offered, admitted |
| 2:22pm | Government Exhibit 11 admitted |
| 2:24pm | Government Exhibit 12 admitted |
| 2:25pm | Government Exhibit 13 admitted |
| 2:26pm | Government Exhibit 309 admitted |
| 2:32pm | Government Exhibit 206 admitted |
| 2:34pm | Government Exhibit 209 admitted |
| 2:36pm | Government Exhibit 105 admitted |
| 2:38pm | Government Exhibit 108 admitted |
| 2:39pm | Government Exhibit 109 admitted |
| 2:41pm | Government Exhibit 203 admitted |
| 2:46pm | Government Exhibit 106 admitted |
| 2:47pm | Government Exhibit 110 admitted |
| 2:48pm | Government Exhibit's 202 and 211 admitted |
| 2:51pm | Government Exhibit 14 admitted |
| 2:53pm | Government Exhibit 308, admitted |
| 2:58pm | Government Exhibit 102 admitted |
| 2:59pm | Government Exhibit 201 admitted |
| 3:00pm | Government Exhibit 101 admitted |
| 3:02pm | Government Exhibit 104 admitted |
| 3:03pm | Government Exhibit 111 admitted |

| | |
|---|---|
| 3:04pm | Court in recess. |
| 3:24pm | Court in session. |
| 3:25pm | Government Exhibit's 207, 210 and 212 admitted |
| 3:28pm | Government Exhibit 204 admitted |
| 3:30pm | Government Exhibit's 15-30 admitted |
| 3:49pm | Government Exhibit 311, offered defense objected, sustained |
| 3:50pm | Government Exhibit 50 withdrawn |
| 3:58pm | Government Exhibit 303 offered, defense objected, sustained |
| 4:00pm | Government Exhibit 32 admitted |
| 4:04pm | Government Exhibit 33 offered, defense objected, sustained |
| 4:07pm | Government Exhibit 34-39 admitted |
| 4:15pm | Government Exhibit's 40 & 41 admitted |
| 4:21pm | Government Exhibit 42 admitted |
| 4:25pm | Government Exhibit 43 admitted |
| 4:27pm | Government Exhibit 44 admitted |
| 4:29pm | Government Exhibit 103 admitted |
| 4:30pm | Government Exhibit 114 admitted |
| 4:32pm | Government Exhibit's 208 & 213 admitted |
| 4:34pm | Government Exhibit's 45-49 admitted |
| 4:55pm | Government rests. Court in recess. |

### 4/8/2021 Bench Trial Day 2

| | |
|---|---|
| 9:00am | Court in session, Government witness Devon Beeny (in person) takes stand, Defense through Alex Freeburg cross examination. |
| 10:04am | Defense using map for aerial view of Shoshone Geyser Basin, will not be admitted as an exhibit, Government allowed to question witness in regard to map. |
| 10:10am | Defense Exhibit D admitted |
| 10:24am | Court in recess. |
| 10:47am | Court in session, Government redirect. |
| 11:14am | Government rests, Devon Beeny excused from stand. |
| 11:29am | Defense called witness, Lisa Merrell (via Zoom), sworn |
| 11:44am | Government cross examination |
| 11:47am | Government and Defense rests.  Lisa Merrell excused from stand. |
| 11:51am | Off record at Judge's request while operational matters were taken care of. Decided to recess while off record. |
| 12:30pm | Court in session. |
| 12:34pm | Defense called witness, Armando Fana (Zoom), sworn |
| 12:40pm | Government cross examination |
| 12:49pm | Government and Defense rests, Armando Fana excused as witness. |
| 12:53pm | Government closing statements through Stephanie Hambrick. |
| 1:32pm | Defense closing statements through Alexander Freeburg. |

1:51pm        Deadline for findings of fact 4/23/21
2:00pm        Court in recess, taken under advisement

**4/7/21 Daily Witnesses:**
Michael Johnson (Zoom)
Clint Powell (in person)
Devon Beeny (in person)

**4/8/21 Daily Witnesses:**
Devon Beeny (in person)
Lisa Merrell (Zoom)
Armando Fana (Zoom)