

FILED
11:43 am, 7/2/21
U.S. Magistrate Judge

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

Plaintiff

vs

THEODORE EUGENE GARLAND

Defendant

☐ Violation Notice  ☐ Information  ☑ Complaint

Case Number  0:20-CR-00173-MLC-1

Violation Charged

36 CFR § 1.5(f) (Unlawfully violate a closure, designation use and activity restriction and condition, schedule of visiting hours, and public use limit)
(1)
36 CFR§ 1.6(g)(2) (Unlawfully violate a term or condition of a permit issued pursuant to this section)
(2-4)
36 CFR§ 7.130) (Unlawfully did not confine foot travel in a thermal area within the Yellowstone Canyon between the Upper Falls and Inspiration Point to boardwalks or trails that are maintained for such travel and marked by official signs)
(5-9)
36 CFR § 1.5(f) and 18 U.S.C. § 2 (Unlawfully violate a closure, designation use and activity restriction and condition, schedule of visiting hours, and public use limit, and aiding and abetting)
(10)
36 CFR§ 1.5(f) (Unlawfully violate a closure, designation use and activity restriction and condition, schedule of visiting hours, and public use limit)
(11-12)
36 CFR § 2.1(a)(l)(iv) (Did unlawfully possess, destroy, injure, deface, remove, dig and

| | |
|---|---|
| disturb from its natural state a mineral resource or cave formation and the parts thereof) (13) | Citation Number   Counts 1-15 |

36 CFR § 2.34(a)(4) (Did unlawfully with intent to cause public alarm, nuisance, jeopardy and violence, and knowingly and recklessly creating a risk thereof, create and maintain a hazardous and physically offensive condition, namely: guided individuals to an area for the purpose of cliff jumping) (14)

36 CFR § 1.6(g)(1) (Unlawfully engaged in an activity subject to a permit requirement imposed pursuant to this section without obtaining a permit) (15)

Date Violation Notice Issued   06/04/20, 06/11/20, 06/13/20, 06/15/20, 06/17/20, 06/22/20, 06/25/20, 07/05/20, 07/30/20

Place   Yellowstone National Park

## PETTY OFFENSES/MISDEMEANORS - PROCEEDINGS SHEET

Time 08:57-10:40                                  Interpreter

Date  July 2, 2021                                Interpreter Telephone

Before the Honorable  Mark L. Carman

| Jessica Jarvis | | Zoom |
|---|---|---|
| Clerk | Probation | Reporter |
| Stephanie Hambrick | | |
| Asst. U.S. Attorney | JAG Officer | Marshal |

☐ Failed to appear    Warrant issued on

☑ Appeared    ☐ By telephone
              ☑ Voluntarily    ☐ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

☑ Attorney appearing    Alex Freeburg
              ☐ FPD    ☑ PANEL-CJA    ☐ RETAINED

☐ Attorney waived

Petty Offenses/Misdemeanors Minute Sheet
0:20-CR-00173-MLC-1

☐ Court orders case continued to                    at
    reason:

☐ Bail is set at
        ☐ P/R-No Amount   ☐ Unsecured   ☐ Cash/Surety
☐ Conditions of release

> **COMPLETE THIS SECTIONS FOR ALL CLASS A MISDEMEANOR CASES:**
> ☐ Defendant advised of the right to trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
> ☐ Defendant consents to proceed before the Magistrate Judge and expressly and specifically waives trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
>       This consent was made   ☐ orally     ☐ in writing

☐ Informed of charges and rights          Date
☐ Defendant arraigned                      Date
☐ Court accepts plea          Defendant enters ☐ Guilty          ☐ Not Guilty Plea
☐ Trial      Witnesses

☑ Disposition
    ☑ Not Guilty       Counts 2, 4, 6, 7, 8, 10, 11, 14
    ☑ Guilty           Counts 1, 3, 5, 9, 12, 13, 15
    ☐ Dismissed
    ☐ Collateral Forfeited
    ☐ *Nolo Contendere*
☐ PSI ordered
☑ Sentence       Date  July 2, 2021
☐ Imposition of jail sentence suspended
☑ Committed to custody for a period of   7 days, to complete by 11/01/2021
☑ Probation for a period of      five years
    ☐ With Supervision        ☑ Without Supervision
☑ Special Conditions of Probation
    Obey all laws, ban from Yellowstone National Park until 12/31/2021, write an introduction/forward to the guide book that communicates a respect of the park-submit to Court by 07/16/2021-once approved by Judge Carman- it needs to be inserted in all copies of book, review book to ensure any other areas of book where it could be read to encourage illegal activity have been taken out, provide corrections by 07/16/2021 to Court and AUSA Office, shall not promote violation of rules of YNP in any way, pay in full all financial obligations by 11/01/2021

☑ Fine           see "other"          Payable  to CVB by 11/01/2021
☐ Restitution                          To
☑ Community Service  500.00            To    Yellowstone Forever Geological Protection Fund
☐ Special Assessment   10, 10, 10, 10, 10, 10, 10

Petty Offenses/Misdemeanors Minute Sheet
0:20-CR-00173-MLC-1

☑ Processing fee: $   30.00
☐ Defendant advised of right to appeal
☑ Other   Count 1-100
          Count 3-50
          Count 5-100
          Count 9-100
          Count 12-100
          Count 13-no fine
          Count 15-50
          Totaling 1100.00