# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



FILED

2:16 pm, 7/2/21

U.S. Magistrate Judge

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs<br><br>THEODORE EUGENE GARLAND | Case Number: 0:20-CR-00173-MLC-1<br><br>Defendant's Attorney(s):<br>Alex Freeburg |

## JUDGMENT IN A CRIMINAL CASE

THE DEFENDANT was found guilty on counts 1, 3, 5, 9, 12, 13 and 15 after pleas of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title and Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 CFR § 1.5(f) | Unlawfully violate a closure, designation use and activity restriction and condition, schedule of visiting hours, and public use limit | 06/04/2020 | 1 |
| 36 CFR§ 1.6(g)(2) | Unlawfully violate a term or condition of a permit issued pursuant to this section | 06/25/2020 | 3 |
| 36 CFR§ 7.130 | Unlawfully did not confine foot travel in a thermal area within the Yellowstone Canyon between the Upper Falls and Inspiration Point to boardwalks or trails that are maintained for such travel and marked by official signs | 06/22/2018 | 5 |
| 36 CFR§ 7.130 | Unlawfully did not confine foot travel in a thermal area within the Yellowstone Canyon between the Upper Falls and Inspiration Point to boardwalks or trails that are maintained for | 06/17/2020 | 9 |

| | | | |
|---|---|---|---|
| 36 CFR § 1.5(f) | Unlawfully violate a closure, designation use and activity restriction and condition, schedule of visiting hours, and public use limit | 06/04/2020 | 12 |
| 36 CFR § 2.1(a)(l)(iv) | 36 CFR § 2.1(a)(l)(iv) (Did unlawfully possess, destroy, injure, deface, remove, dig and disturb from its natural state a mineral resource or cave formation and the parts thereof | 06/25/2020 | 13 |
| 36 CFR § 1.6(g)(1) | Unlawfully engaged in an activity subject to a permit requirement imposed pursuant to this section without obtaining a permit | 07/30/2020 | 15 |

The defendant is sentenced as provided in pages 3 through 7 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has been found not guilty on counts 2, 4, 6, 7, 8, 10, 11, 14 and is discharged as to such counts.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's USM No: **N/A**

July 2, 2021
Date of Imposition of Sentence

Mark L. Carman
United States Magistrate Judge

7-2-21
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 7 days to complete by 11/01/2021.

The defendant shall surrender to the United States Marshal for this district as notified by the Marshal.

---

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at

_____ , with a certified copy of this Judgment.

_____
United States Marshal/Bureau of Prisons

By:   _____
Authorized Agent

# PROBATION

The defendant is hereby placed on unsupervised probation for a term of five years.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

The defendant is ban from Yellowstone National Park until 12/31/2021.

The defendant shall write an introduction/forward to the guide book that communicates a respect of the park.  This shall be submitted to the Court by 07/16/2021.  Upon Judge Carman's approval, the forward/introduction shall be inserted into all copies of the book.

The defendant shall review his guide book to ensure there are no areas of the book that could be read to encourage illegal activity.  The defendant shall then submit the revised book to the Court and United States Attorney's Office by 07/16/2021.

The defendant shall not promote violations of laws in the Parks in any way.

The defendant shall pay all financial obligations, in full by 11/01/2021.

The defendant shall contact the United States Marshals Service to discuss his jail sentence within 30 days of sentencing.  The defendant shall choose a surrender date within 60 days of sentencing and notify the Marshals Service of that date.  Mammoth Office- Travis Mangum- 406/223/2004,  Cheyenne Office- 307/829/3710.

# FINANCIAL PENALTIES

The defendant shall pay the following total financial penalties in accordance with the schedule of payments set out below.

| Count | Assessment | Processing Fee | Fine |
|---|---|---|---|
| 1 | $10.00 | $30.00 | $100.00 |
| Notes: | | | |
| 3 | $10.00 | | $50.00 |
| Notes: | | | |
| 5 | $10.00 | | $100.00 |
| Notes: | | | |
| 9 | $10.00 | | $100.00 |
| Notes: | | | |
| 12 | $10.00 | | $100.00 |
| Notes: | | | |
| 13 | $10.00 | | $0.00 |
| Notes: | | | |
| 15 | $10.00 | | $50.00 |
| Notes: | | | |
| **Totals:** | $70.00 | $30.00 | $500.00 |

The fine and/or restitution includes any costs of incarceration and/or supervision.  The fine and/or restitution, which is due immediately, is inclusive of all penalties and interest, if applicable.

The defendant shall pay interest on any fine and/or restitution of more than Two Thousand Five Hundred Dollars ($2,500.00), unless the fine and/or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the below payment options are subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

## COMMUNITY RESTITUTION

The defendant shall make restitution to the following persons in the following amounts:

| Name of Payee | Amount of Restitution |
|---|---|
| Yellowstone Park Foundation<br>Geological Protection Fund<br>Mailed to U.S. Attorney's Office<br>Attn: Financial Litigation Unit<br>P.O. Box 668<br>Cheyenne, WY 82003 | $500.00 |

**THIS IS COMMUNITY RESTITUTION**

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) community restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

The total fine and other monetary penalties shall be due in full by 11/01/2021.

IT IS ORDERED Payments for monetary obligations shall be made payable by cashier's check or money order to the Clerk of the U.S. District Court, 2120 Capitol Avenue, Room 2131, Cheyenne, Wyoming 82001 and shall reference the defendant's case number, 0:20-CR-00173-MLC-1.